UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:                                                    CASE NO. 09-21161
Jennifer Marie Meyer

DEBTOR(S)

**ORDER**

This case having been reopened for the purpose of filing a complaint and said complaint having been fully administered, the court finds this case should be and hereby is ordered closed.

Copies to:

US Trustee

Attorney for Debtor(s)

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Friday, December 10, 2010
(jms)